REVERSED ON REHEARING:<br>
FURTHER REHEARING DENIED.

---

Argued June 25, decided July 9, Petition for Rehearing decided October 15, 1912.

### THRUSH v. THRUSH.

(125 Pac. 267.)
(126 Pac. 995.)

From Douglas: JAMES W. HAMILTON, Judge.

This is a suit by Abram Lincoln Thrush against Abram Thrush and Mary Thrush to set aside a deed to certain lands in Douglas County. There was a decree in favor of plaintiff, and defendants appeal.          AFFIRMED.

For appellants there was a brief over the names of *Messrs. Cardwell & Watson*, with an oral argument by *Mr. James O. Watson*.

For respondent there was a brief over the names of *Messrs. Brown & Eddy*, with an oral argument by *Mr. B. L. Eddy*.

Opinion by MR. CHIEF JUSTICE EAKIN.

This suit presents the same issue as the case of *Emry H. Thrush* v. *Abram Thrush et al.,* 63 Or. 143 (125 Pac. 267), in which the opinion has been filed today, but involves the south one-half of the northeast one-quarter and lots 1 and 2 of section 7, township 29 south, range 8 west, Willamette meridian.

The cases were tried together upon the same evidence and briefs, and upon the authority of that case the decree is affirmed.                          AFFIRMED.

---

Decided October 15, 1912.
ON REHEARING.
(126 Pac. 995.)

Opinion PER CURIAM.

This case is identical in facts with the case of *Emry H. Thrush* v. *Abram and Mary Thrush,* 63 Or. 149 (126 Pac. 994), just decided, and for the reasons given in that opinion will be reversed, with costs.

REVERSED ON REHEARING.